# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Steven C. Mannion |
| v. | : | Mag. No. 15-6077 (SCM) |
| ARNALDO ECHEVARRIA | : | **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Rahul Agarwal, Assistant U.S. Attorney, appearing), for an order sealing the Complaint and related papers in this matter, and for good cause shown,

IT IS on this 8th day of April, 2015,

ORDERED that the Complaint in this matter and all related papers, with the exception of the arrest warrant and copies thereof, be filed under seal, and they are hereby sealed until the arrest of the individual named in the warrant or until further of this Court.

_____
HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE