# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 15-6077 (SCM) |
| ARNALDO ECHEVARRIA | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Rahul Agarwal, Assistant United States Attorney), and defendant Arnaldo Echevarria (by Michael Koribanics, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and three prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant seek additional time to achieve successful resolution of these negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

1

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources;

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 5th day of November, 2015;

ORDERED that this action be, and it hereby is, continued from November 1, 2015 through December 31, 2015; and it is further

ORDERED that the period from November 1, 2015, through December 31, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge

15-6077

Form and entry consented to:

s/Rahul Agarwal
_____
Rahul Agarwal
Assistant United States Attorney

_____
Michael Koribanics, Esq.
Counsel for Defendant Arnaldo Echevarria

RECEIVED IN THE CHAMBERS OF

NOV 05 2015

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.

2